Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston–Salem, NC 27101

Bankruptcy Case No.: 09−52026

IN THE MATTER OF:
Michael Wayne Bowman    xxx−xx−8958
1479 King Road
Westfield, NC 27053

    Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    C. Edwin Allman III is discharged as trustee of the estate of the above named debtor.

    The Chapter 7 case of the above named debtor is closed.

Dated: 4/15/10

Thomas W. Waldrep, Jr.
United States Bankruptcy Judge